**IN UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 20 2022

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

BRIGETTE  SWINTON                    FEDERAL COURT

    Plantiff                         CASE NO: 1:22-CV-03567

Vs.

OPEN HOUSE REALTY AND

INVESTMENTS

    Defendant


**NOTICE OF APPEAL**

Pursuant to 28 USCA 1295 (a) (1) (2)


Notice is hereby given that the Appellant above-named, hereby appeals the

of the Report Recommendation entered on the 10/04/22 due to15 USC 1692E.

This appeal is to the United States district court for the Northern District of

Georgia Atlanta Division; with actions and executions arising from such order

including but not limited to the Remand. "Clerk of the Court shall omit nothing

from the record".

No transcript shall follow this appeal.

NOTICE: This is an Appeal of the United States District Court for the Northern District of Georgia Atlanta Division as it affects dispossessory NOTICE: SUPERSEDEAS (STAY) of the execution of a writ of possession, eviction and in the Magistrate Court, pursuant to RULE 62.(a) state of proceeding to enforce a judgement.

No transcript shall follow this appeal.

THREE DAY MAILING RULE APPLIES:

Brigette Swinton
4020 Hogans Mill Lane
Loganville GA 30052

Appellant,
Pro se

# IN UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF GEORIGIA

## ATLANTA DIVISION

## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the

Appellee by mailing a true copy to the Attorney of record:

This _15th_ Day of _Oct_ 2022

Appellant
Pro se

# IN UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF GEORIGIA

# ATLANTA DIVISION

## CERTIFICATE OF SERVICE

I certify that this pleading was served by US Mail of with adequate postage there upon the

Appellee by mailing a true copy to the Attorney of record:

This _15th_ Day of _Oct_ 2022

Appellant
Pro se

Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

0188025070 9   11/18   United Parcel Service

BRIGTTE SWINTON
(470) 422-8735
4020 HOGANS MILL LN
LOGANVILLE  GA 30052

0.3 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 17 OCT 2022

SHIP OFFICE OF CLERK
TO:  US DISTRICT COURT
     75 TED TURNER DR SW

ATLANTA  GA 30303-3315

GA 303 9-02

UPS NEXT DAY AIR          1
TRACKING #: 1Z WE5 411 01 0184 6271          1

BILLING: P/P

ISH 13.00F ZZP 450 38.5V 09/2022

SEE PROFILE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.





US DISTRICT COURT
75 TED TURNER DR SW
ATLANTA GA 30303

an 100 years
arcel Service.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited®

Visit **theupsstore.com** to learn more
about our Print & Business Services.

U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE